IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| RAY, MICHAEL P. | ) | Case No.09-04442-BHC-RJH |
| RAY, ROSA I. | ) | |
| | ) | |
| | ) | **TRUSTEE'S APPLICATION FOR** |
| | ) | **AUTHORIZATION TO SELL** |
| Debtor(s). | ) | **REAL PROPERTY** |
| | ) | |

     WILLIAM E. PIERCE, the Trustee in the above-named case hereby makes application to sell real property, free and clear of liens, in the Bankruptcy Court after notice to all creditors, interested parties, and lien holders of record. Liens of record to attach to proceeds. Trustee to instruct Title Company as to disbursement of such proceeds including customary closing costs.

| | |
|---|---|
| Property to be Sold: | Lots 736 and 737 Kaibab Estates West, Annes No. 5, according to the plat of record in the office of the Coconino County Recorder, in Case 2 of Maps as Map 40, Parcel Nos. 206-41028 and 206-41029 |
| Terms of Sale: | Cashier's Check - $5,000.00<br>AS IS, WHERE IS, with no warranties |
| Proposed Purchaser: | Darryl Degregg & Shannon (Shawn) Furrer |
| Higher Bid: | The offer is subject to higher bid as outlined in Notice of Sale, and bids must be in increments not less than $250.00. |
| Insider: | The proposed purchaser is not an insider. |
| To View the Property or Obtain More Information: | Contact: William Pierce (928) 636-6210 |
| Description of Interest(s) in the Property | There are no secured claims and the property will be sold free and clear of any/all liens |

| | |
|---|---|
| Appraisals: | The Trustee is not aware of any recent appraisals of the property. |
| Commission: | None |

Trustee believes that the proposed sales price is fair and equitable and in the best interest of all creditors and parties-in-interest.

WHEREFORE, William E. Pierce, Chapter 7 Trustee, prays for an Order of this Court approving the sale as proposed herein, after notice to all parties and provided there are no objections or higher bids received, and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this  25th   day of  May  2009.

By: /s/ William E. Pierce
William E. Pierce, Trustee

COPY OF THE FOREGOING mailed this
 25th  day of  May , 2009, to
the following:

Michael and Rosa Ray
4763 n. Estrella Road
Golden Valley, AZ 86439

Gregory A. Ring, Esq.
820 Gemstone Ave.
Bullhead City, AZ 86442

Darryl Degregg
Shannon Furrer
P.O. Box 502951
San Diego, CA 92150

Ilene Lashinsky
United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

By: /s/Marcy Pierce
     Assistant to Trustee