| | |
|---|---|
| WILLIAM E. PIERCE<br>BANKRUPTCY TRUSTEE<br>P.O. BOX 429<br>CHINO VALLEY, AZ 86323-0429<br>(928) 636-6210<br>(928) 636-6248 (fax) | **IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**<br>The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.<br>**Dated: June 30, 2009** <br><br>_Randolph J. Haines_<br>**RANDOLPH J. HAINES**<br>**U.S. Bankruptcy Judge** |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ARIZONA

In re:   )   CHAPTER 7
         )
RAY, MICHAEL P.   )   Case No. 09-04442-BHC-RJH
RAY, ROSA I.   )
         )   **ORDER**
         )   **TRUSTEE'S SALE OF REAL**
         )   **PROPERTY FREE AND CLEAR**
    Debtor(s).   )   **OF LIENS**

After thorough consideration of the Application to Sell Real Property Free and Clear of Liens filed by William E. Pierce, Trustee, and good cause appearing therefor;

THE COURT FINDS that the sale price is in the best interest of the Estate, that the sale has been duly noticed to all creditors, interested parties, and lien holders, with no objections having been received, and all other requirements of Bankruptcy Rule 6004-1 having been satisfied;

IT IS HEREBY ORDERED approving the Trustee's Application to Sell Real Property Free and Clear of Liens and authorizing William E. Pierce, Trustee, to accept bid of Darryl Degregg & Shannon Furrer, in the amount of $5,000.00 as full and complete settlement of the Estate's interest in the following described property.

> Lots 736 and 737 Kaibab Estates West, Annes No. 5, according
> to the plat of record in the office of the Coconino County
> Recorder, in Case 2 of Maps as Map 40, Parcel Nos. 206-41028 and 206-41029

IT IS FURTHER ORDERED authorizing Trustee to pay one-half of reasonable and customary closing costs.

**DATED AND SIGNED ABOVE**