| | |
|---|---|
| 1 | **WILLIAM E. PIERCE** |
| | U.S. Bankruptcy Trustee |
| 2 | P.O. Box 429 |
| | Chino Valley, AZ 86323 |
| 3 | (928) 636-6210 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7 Case** |
| | ) | |
| | ) | **CASE NO. B-09-04442-BHC-RJH** |
| RAY, MICHAEL P. | ) | |
| RAY, ROSA I. | ) | **REPORT OF TRUSTEE'S SALE OF** |
| | ) | **REAL PROPERTY FREE AND** |
| | ) | **CLEAR OF LIENS** |
| **Debtor(s)** | ) | |
| | ) | |

**I, WILLIAM E. PIERCE**, Case Trustee, hereby make report of sale of Debtor's interest in real property, free and clear of liens. After Notice of Sale to all creditors and subsequent review of court docket showing no objections were filed, Order Approving Sale was signed on June 30, 2009.

| | |
|---|---|
| Property Sold: | Lots 736 and 737 Kaibab Estates West, Annes No. 5, according to the plat of record in the office of the Coconino County Recorder, in Case 2 of Maps as Map 40, Parcel Nos. 206-41028 and 206-41029 |
| Purchaser: | Darryl Degregg & Shannon Furrer |
| Sale Price: | $5,000.00 |
| Commission: | None |

**WILLIAM E. PIERCE**, Case Trustee, reports that he has received payment of the purchase price.

DATE: August 12, 2009          /s/ William E. Pierce
                                                WILLIAM E. PIERCE, Trustee

*COPY OF THE FOREGOING* mailed this
 *12th  day of   August,, 2009, to*
*the following:*

*Michael and Rosa Ray*
*4763N. Estrella Road*
*Golden Valley, AZ 86439*

*Darryl Degregg*
*Shannon Furrer*
*P.O. Box 502951*
*San Diego, CA  92150*

*Gregory A. Ring, Esq.*
*820 Gemstone Ave.*
*Bullhead City, AZ 86442*

*Ilene Lashinsky*
*United States Trustee*
*230 N. First Ave., Suite 101*
*Phoenix, AZ 85003*

*By:  /s/ Marcy Pierce*
          *Assistant to Trustee*